## EMC MORTGAGE CORPORATION *v.* STEVEN D. GRILLS ET AL.
## (AC 24139)

Foti, Flynn and West, Js.

Argued February 23—officially released March 23, 2004

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## ARTHUR COLE *v.* COMMISSIONER OF CORRECTION
## (AC 24056)

Foti, Schaller and Flynn, Js.

Submitted on briefs February 27—officially released March 23, 2004

Per Curiam. The appeal is dismissed.

## THOMAS ROGERS *v.* COMMISSIONER OF CORRECTION
## (AC 23756)

Foti, Schaller and Flynn, Js.

Submitted on briefs February 27—officially released March 23, 2004

Per Curiam. The judgment is affirmed.